UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   LEO ELLERBE JR                              CASE NO. 20-10440
   109 A STREET                                  JUDGE BENJAMIN A. KAHN
   ROCKINGHAM, NC  28379

      DEBTOR

SSN(1) XXX-XX-7528                         DATE:  01/21/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| EMPLOYMENT SECURITY COMMISSION<br>P O BOX 26504<br>RALEIGH, NC  27611-6504 | $0.00<br>INT:  .00%<br>NAME ID:  5777<br>CLAIM #:  0006 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FIRST POINT RESOURCES<br>P O BOX 26140<br>GREENSBORO, NC  27402 | $0.00<br>INT:  .00%<br>NAME ID:  38570<br>CLAIM #:  0005 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID:  123770<br>CLAIM #:  0002 | (P) PRIORITY<br>NOT FILED<br>ACCT:  7258<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID:  9699<br>CLAIM #:  0003 | (P) PRIORITY<br>NOT FILED<br>ACCT:  7258<br>COMMENT: |
| RICHMOND CO REGISTER OF DEEDS<br>114 E FRANKLIN ST #101<br>ROCKINGHAM, NC  28379-3601 | $52.00<br>INT:  .00%<br>NAME ID:  1885<br>CLAIM #:  0007 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| RICHMOND CO TAX COLL<br>P O BOX 1644<br>ROCKINGHAM, NC  28380 | $10,091.77<br>INT:  9.00%<br>NAME ID:  28281<br>CLAIM #:  0001 | (S) SECURED<br><br>ACCT:  452<br>COMMENT:  OC |
| RICHMOND CO TAX COLL<br>P O BOX 1644<br>ROCKINGHAM, NC  28380 | $0.00<br>INT:  .00%<br>NAME ID:  28281<br>CLAIM #:  0004 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$10,143.77** | |
| TODD G SCOTT ESQ<br>P O BOX 873<br>ROCKINGHAM, NC  28380 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  01/21/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
Attorney for Debtor - Electronic Notice